**Elaine OLSON, individually and on behalf of all others similarly situated, Plaintiff–Appellee,**

**v.**

**Brian J. WING, as Commissioner of the Office of Temporary and Disability Assistance of the New York State Department of Family Assistance; Anto-**

nia C. Novello, M.D., as Commissioner of the New York State Department of Health; and Verna Eggleston, as Commissioner of New York City Department of Social Services, Defendants–Appellants.

No. 03–7193.

United States Court of Appeals, Second Circuit.

June 10, 2003.

Peter Vollmer, Law Offices of Vollmer and Tanck, Jericho, NY, for Plaintiff–Appellee.

Oren L. Zeve, Assistant Solicitor General, (Deon J. Nossel, on the brief) for Eliot Spitzer, Attorney General of the State of New York, New York, NY, for Appellants Wing and Novello.

Scott Shorr, Assistant Corporation Counsel (Alan G. Krams, Assistant Corporation Counsel, on the brief), for Michael A. Cardozo, Corporation Counsel of the City of New York, New York, NY, for Appellant Eggleston.

Present: WINTER, KATZMANN, Circuit Judges, and GOLDBERG,* Judge.

## SUMMARY ORDER

THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 10th day of June, two thousand three.

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of the District Court be and it hereby is AFFIRMED.

Defendant–Appellants challenge two orders of the district court, entered February 14 and 26, 2003, granting plaintiff-appellee's motion for a temporary injunction. The decision is affirmed largely for the reasons stated by the district court in its February 14, 2003, opinion and order.

The judgment of the district court is AFFIRMED.

---

* The Honorable Richard W. Goldberg, of the United States Court for International Trade, sitting by designation.